IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., <br> INTERDIGITAL VC HOLDINGS, INC., <br> INTERDIGITAL PATENT HOLDINGS, INC., and <br> INTERDIGITAL MADISON PATENT HOLDINGS SAS, <br>     Plaintiffs, <br> v. <br><br> LENOVO GROUP LIMITED, <br> LENOVO (UNITED STATES) INC., and <br> MOTOROLA MOBILITY LLC, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER EXTENDING TIME**

This matter is before the Court on the Consent Motion to Extend the Deadline to Respond to Plaintiff's Amended Complaint filed by Defendants Lenovo (United States) Inc. and Motorola Mobility LLC (collectively, "Lenovo"). Having considered the motion, the matters of record, and the representations of counsel, the Court finds that the period in which Lenovo may answer or otherwise respond to the complaint has not expired and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the time in which Defendants Lenovo (United States) Inc. and Motorola Mobility LLC may answer or otherwise respond to the complaint is extended through and including November 21, 2023.

SO ORDERED this the _____ day of _____, 2023.

                                                                             _____