# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-cv-00496-FL**

| | | |
|---|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## PROPOSED SCHEDULING ORDER

| Event | Proposed Date |
|---|---|
| Parties to serve initial disclosures and accompanying documents pursuant to Fed. R. Civ. P. 26(a)(1) | November 17, 2023 (Friday) |
| Beginning of fact discovery | November 17, 2023 (Friday) |
| InterDigital to serve "Disclosure of Asserted Claims and Preliminary Infringement Contentions" and accompanying document production (Local Patent Rules 303.1 and 303.2) | December 4, 2023 (Monday) |
| Lenovo to serve "Preliminary Invalidity Contentions" and accompanying document production (Local Patent Rules 303.3 and 303.4) | January 18, 2024 (Thursday) |

1

| Event | Proposed Date |
|---|---|
| Parties to simultaneously exchange terms and claim elements for construction (Local Patent Rule 304.1) | February 8, 2024 (Thursday) |
| Parties to simultaneously exchange preliminary proposed constructions and provide preliminary identification of extrinsic evidence, including disclosures of percipient and expert witnesses (Local Patent Rule 304.2) | February 29, 2024 (Thursday) |
| Deadline for substantial completion of initial document production for requests to produce documents served on or before December 15, 2023. | March 1, 2024 (Friday) |
| Parties to file Joint Claim Construction Statement (Local Patent Rule 304.3) | March 18, 2024 (Tuesday) |
| Parties to complete all discovery relating to claim construction (Local Patent Rule 304.4) | April 17, 2024 (Wednesday) |
| Parties to file opening claim construction briefs (Local Patent Rule 304.5(a)) | May 2, 2024 (Thursday) |
| Parties to file responsive claim construction briefs (Local Patent Rule 304.5(b)) | May 23, 2024 (Thursday) |
| Claim construction hearing (Local Patent Rule 304.6) | At the Court's discretion if a hearing is deemed necessary |
| InterDigital to serve "Final Infringement Contentions" (Local Patent Rule 303.6(b)) | No later than 30 days after entry of claim construction order |

| Event | Proposed Date |
|---|---|
| Lenovo to serve "Final Invalidity Contentions" (Local Patent Rule 303.6(d)) | No later than 50 days after entry of claim construction order |
| Disclosure of reliance on advice of counsel (Local Patent Rule 303.8(a)) | 30 days prior to close of fact discovery |
| Close of fact discovery | 90 days after entry of claim construction order |
| Parties to serve initial expert witness disclosures (including reports) on issues they bear the burden of proof (other than those addressed during claim construction) (Local Patent Rule 305.1(b)) | 30 days after close of fact discovery |
| Parties to serve expert witness disclosures (including reports) on issues on which the opposing party bears the burden of proof (Local Patent Rule 305.1(c)) | 30 days after opening expert reports |
| Parties to serve rebuttal expert witness disclosures (including reports) (Local Patent Rule 305.1(d)) | 14 days after responsive expert reports |
| Beginning of expert depositions (Local Patent Rule 305.2) | Within 7 days of service of rebuttal expert reports |
| Close of expert discovery | Within 30 days of commencement of expert deposition period |
| Deadline for filing dispositive motions and Daubert motions (Fed. R. Civ. P. 56(b); Local Civil Rule 7.1(a)) | 30 days after close of expert discovery |

| Event | Proposed Date |
|---|---|
| Final Pretrial Conference | TBD |
| Start of trial | TBD |