# Exhibit 2

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C. 20436

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN ELECTRONIC DEVICES, INCLUDING SMARTPHONES, COMPUTERS, TABLET COMPUTERS, AND COMPONENTS THEREOF** | Investigation No. 337-TA-1373 |

**ORDER NO. 8:** ADOPTED PROCEDURAL SCHEDULE

(November 6, 2023)

Pursuant to Order No. 3, on November 1, 2023, Complainants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS (collectively, "InterDigital" or "Complainants"), Respondents Lenovo Group Limited, Lenovo (United States) Inc., and Motorola Mobility LLC (collectively, "Respondents"), and Commission Investigative Staff ("Staff") (collectively, "the Parties") submitted a Joint Proposed Procedural Schedule. (Doc. ID No. 807644 (Nov. 1, 2023)). The Parties suggested certain dates that were left open for them to choose.

The Parties Joint Proposed Procedural Schedule, Attachment A hereto, with the previously scheduled dates which were not left open to the Parties, is now the Adopted Procedural Schedule.

MaryJoan McNamara
Administrative Law Judge

**SO ORDERED.**

# EXHIBIT A: ADOPTED PROCEDURAL SCHEDULE

| Event | Proposed Dates |
|---|---|
| **Parties file their Proposed Procedural Schedule and identify USPTO/PTO Proceedings as well as State and Federal Litigation that is relevant to this Investigation** | **November 1, 2023 [Wednesday]** |
| **Initial Case Management Conference** | **November 8, 2023 2:00 p.m. [Wednesday]** |
| File Identification of Expert Witnesses, which should include a statement of their Expertise in the subject matter together with Curriculum Vitae | December 8, 2023 [Friday] |
| Complainant Files Notice of Patent Priority Dates/Dates of Conception | November 9, 2023 [Thursday] |
| Private Parties Exchange List of Patent Claim Terms for Construction | November 20, 2023 [Monday] |
| Staff Exchanges List of Patent Claim Terms for Construction | Nov. 22, 2023 [Wednesday] |
| Respondent Files Notice of Prior Art (This should be limited at the outset to no more than 10 pieces of prior art per patent, with the expectation that the number will be reduced to no more than 3-4 pieces per patent by the close of fact discovery (including in combination) | November 28, 2023 [Tuesday] |
| Exchange initial responses to contention interrogatories on issues for which the party bears the burden of proof | November 28, 2023 [Tuesday] |
| Deadline for Disclosure of Domestic Industry Products | November 28, 2023 [Tuesday] |
| **Deadline for Having Identified ALL Accused Products and/or Representative Accused Products** | November 28, 2023 [Tuesday] |
| Private Parties exchange their Proposed Construction of Disputed Claim Terms | November 30, 2023 [Thursday] |
| Staff exchanges its Proposed Construction of Disputed Claim Terms | December 4, 2023 [Monday] |
| Parties Meet and Confer to Attempt to Limit Claim Terms and Claim Term Disputes | December 6, 2023 [Wednesday] |

| Event | Proposed Dates |
|---|---|
| **Management Conference**<br>**(To discuss potential discovery issues/timing, any relevant corollary proceedings)**<br>**(Likely on Webex)** | **December 7, 2023**<br>**11:00 a.m.**<br>**[Thursday]** |
| Parties exchange Proposed *Markman* Exhibit Lists and Exhibits (Except for Expert Declarations and Demonstratives) (Per Ground Rule 1.14.3.1) | December 8, 2023 |
| File Joint Claim Construction Chart | December 11, 2023<br>[Monday] |
| Deadline to file *Markman* Hearing Proposals (including Final Proposed *Markman* Exhibit Lists) (same as deadline for filing joint claim construction chart) | December 11, 2023<br>[Monday] |
| Exchange initial responses to contention interrogatories on issues for which the party does not bear the burden of proof | December 15, 2023<br>[Friday] |
| File tentative list of witnesses a party will call to testify at the hearing, with an identification of each witness's relationship to the party | December 20, 2023<br>[Wednesday] |
| Parties File *Markman* Briefs with each Party's Proposed Construction of Disputed Claim Terms and Explanation of Their Initial Claim Constructions and Expert Declarations (If Applicable). (Note: "plain and ordinary" meaning is not sufficient. Neither is "indefinite" without thorough explanations and citations to intrinsic evidence) | December 21, 2023<br>[Thursday] |
| Technology Stipulation deadline | January 3, 2024<br>[Wednesday] |
| ***Markman*** **Hearing (If Ordered) & Management Conference**[1] | **Week of January 8, 2024** |

---

[1] A Management Conference will be held at the conclusion of the *Markman* Hearing, time permitting. Alternatively, a Management Conference will be held on Wednesday, January 10, 2024 at 11:00 am.

| Event | Proposed Dates |
|---|---|
| **Last Day to File Motions to Compel Discovery**<br><br>**(The expectation is that these are filed as discovery proceeds, with the last request for intervention pursuant to Ground Rule at least one week before the close of Fact Discovery unless leave is given for a later filing)** | **January 10, 2024**<br>**[Wednesday]** |
| File Joint Chart Setting Forth Parties' Post-Hearing Claim Constructions (Per Ground Rule 1.14) | January 17, 2024<br>[Wednesday] |
| **Fact Discovery Cutoff and Completion**<br><br>**(This includes identification of Tests/Surveys/Data) (No extensions without Leave)** (Note: this means that *all fact contentions on infringement and invalidity have been exchanged and completed*) | **January 17, 2024**<br>**[Wednesday]** |
| Exchange of Initial Expert Reports (Send copies to McNamara337@usitc.gov) | January 30, 2024<br>[Tuesday] |
| **Management Conference (Likely on Webex)** | **February 7, 2024**<br>**[Wednesday]** |
| Exchange of Rebuttal Expert Reports (Send copies to McNamara337@usitc.gov) | February 16, 2024<br>[Friday] |
| **Expert Discovery Cutoff and Completion (No extensions without Leave)** | **February 28, 2024**<br>**[Monday]** |
| **Last Day to file Summary Determination Motions** | **March 4, 2024**<br>**[Monday]** |
| Management Conference (Likely on Webex) | TBD |
| Private Parties Exchange Hearing Exhibit Lists (Most likely, Tentative) | March 7, 2024<br>[Thursday] |
| Staff Exchanges Hearing Exhibit Lists | March 11, 2024<br>[Monday] |
| Submission of statements regarding the use of witness statements in lieu of live direct testimony, and statements regarding whether any party intends to offer expert reports into evidence | March 12, 2024<br>[Tuesday] |
| Parties Exchange Exhibits | March 13, 2024<br>[Wednesday] |
| Complainant and Respondent file Pre-Hearing Statements and | March 15, 2024 |

| Event | Proposed Dates |
|---|---|
| Pre-Hearing Briefs | [Friday] |
| Staff files Pre-Hearing Statement and Pre-Hearing Brief | March 26, 2024 [Tuesday] |
| File Motions for Receipt of Evidence Without a Witness | March 29, 2024 [Friday] |
| Parties file Joint Outline of Issues from Pre-Hearing Briefs (Per Ground Rule 7.3) | March 29, 2024 [Friday] |
| Attendance at One-day Mediation Session[2] | February 20, 2024 [Tuesday] |
| Submission of Mediation Report | March 1, 2024 [Friday] |
| **Last day to file Motions *in Limine* ("MIL") (Complainants are collectively limited to no more than two (2) MILs and HPOs in combination and Respondents are collectively limited to no more than two (2) MILs and HPOs in combination) without leave[3]** | **April 1, 2024 [Monday]** |
| **Last day to file High Priority Objections ("HPO") (See note above for MILs)** | **April 1, 2024 [Monday]** |
| **File Responses to Motions *in Limine*** | **April 8, 2024 [Monday]** |
| **File Responses to High Priority Objections** | **April 8, 2024 [Monday]** |
| File on EDIS any Stipulations Regarding Exchange of Demonstratives for Evidentiary Hearing and Any Other Stipulations into Which the Parties Enter | May 1, 2024 [Wednesday] |
| Submission of Declarations Justifying Confidentiality of Exhibits | May 1, 2024 [Wednesday] |
| **Pre-Hearing Conference** **(There May Be One or More Conferences Before to Resolve MILs or Other Issues)** | **May 8, 2024 [Wednesday]** |

---

[2] For questions that pertain to the mediation program, the parties should refer to the Revised Users' Manual for Commission Mediation Program, available at http://www.usitc.gov.

[3] Leave may be granted if, for example, a motion is filed that makes a sufficient showing that one or more Respondent(s) do(es) not have an identity of interests with one or more other Respondent(s). Upon a sufficient showing, each Respondent group may be limited to no more than two (2) MILs and HPOs in combination.

| Event | Proposed Dates |
|---|---|
| **Evidentiary Hearing (Starting with Tutorials, as Parties Propose)** | **May 8-10, 13-14, 2024** |
| **Last Day to submit Final Exhibits to Box. All Exhibits should be properly labeled (Follow the Ground Rules and Docket Requirements)** | **May 20, 2024** <br> **[Tuesday]** |
| **Parties file Initial Post-Hearing Briefs (Complainants and Respondents' Briefs Only on Issues for Which The Party Bears The Burden Of Proof) and Final Exhibit Lists** | **June 4, 2024** <br> **[Tuesday]** |
| **Parties file Reply Post-Hearing Briefs (Complainants and Respondents' Briefs Only on Issues Discussed in the Initial Post-Hearing Brief of an Opposing Party)** | **June 11, 2024** <br> **[Tuesday]** |
| Parties File Outline of Issues, Tracing Arguments from Pre-Hearing Through Post-Hearing Reply Briefs (Include Arguments That Have Been Dropped, Per Ground Rule 7.3) | June 18, 2024 <br> [Tuesday] |
| **Final ID due** | **October 11, 2024** <br> **[Friday]** |
| **Target Date** | **February 11, 2025** <br> **[Tuesday]** |