IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., <br> INTERDIGITAL VC HOLDINGS, INC., <br> INTERDIGITAL PATENT HOLDINGS, INC., and <br> INTERDIGITAL MADISON PATENT HOLDINGS SAS, <br>     Plaintiffs, <br> v. <br><br> LENOVO GROUP LIMITED, <br> LENOVO (UNITED STATES) INC., and <br> MOTOROLA MOBILITY LLC, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER FOR EXTENSION OF TIME**

This matter has come for consideration on the motion of Lenovo (United States) Inc. and Motorola Mobility LLC (collectively, "Lenovo")[1], for an order extending the time within which it may file a motion with respect to any remaining disputes with respect to InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS's (collectively, "InterDigital" or "Plaintiffs") Rule 26(a)(1) Initial Disclosures served on November 17, 2023. The Court, having considered said motion, is of the opinion that the motion is well-taken and should be granted.

---

[1] The motion is on behalf of Defendants Lenovo (United States) Inc. and Motorola Mobility LLC and not on behalf of Lenovo Group Limited.

1

IT IS, THEREFORE, ORDERED that the time within which Lenovo may file a motion with respect to any remaining disputes with respect to the Initial Disclosures InterDigital served on November 17, 2023, is hereby extended up to and including January 8, 2024.

SO ORDERED, this the 27th day of December, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge