# APPENDIX A

## I. Agreed Terms

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| wherein subset comprises | '859 (15) | "wherein said subset comprises" |
| compression constraint | '556 (2, 6) | Plain and ordinary meaning |
| circuit configured to | '877 (7, 8) | Plain and ordinary meaning (i.e., requires pre-existing programming of hardware and software to perform the cited functionality) |

## II. Disputed Terms

| Term | Claim(s) | InterDigital's Construction and Identification of Intrinsic and Extrinsic Evidence | Lenovo's Construction and Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| arithmetic decoding method for symbols coded in the form of a stream, comprising the following steps applied at switching points distributed in said stream to decode a current symbol | '859 (10) | **Proposed construction**: The terms "stream" and "current symbol" are limiting at least to the extent that they provide antecedent basis for those terms as they appear elsewhere in the claim.<br><br>stream: stream of data.<br><br>switching point: a point in the stream at the level of which the probability model used to code the current symbol can be modified.<br><br>current symbol: a symbol that is currently being decoded. | The portion of this claim term following "comprising" is not part of the preamble and therefore is limiting. Regardless, the entire term is limiting. The preamble is limiting.<br><br>To the extent construction is necessary, stream: "stream of data"<br><br>current symbol: "a symbol that is currently being decoded"<br><br>switching point: "a point in the stream at the level of which the probability model used to |

| | | **Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 4:57-60, 9:56-59, 10:65-11:1; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | code the current symbol can be modified—i.e., a probability model can be selected"<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 patent at 1:23-2:34, 9:46-54, 4:21-60, 5:8-46, 6:44-46, 8:55-57, 9:51-59, 10:21-23, 10:64-11:64, and associated Figures including 1, 2, 9, 10, and 11. Related patents and file histories including EP2449683.<br><br>**Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |

| | | | |
|---|---|---|---|
| means for decoding from the stream, at switching points distributed in said stream to decode a current symbol, for said current symbol, a probability model identifier | '859 (15) | **Proposed construction**: Subject to § 112, ¶ 6.<br><br>Function: decoding from the stream . . . a probability model identifier<br><br>Structure: an arithmetic decoder and equivalents thereof. *See* '859 Patent at FIG. 13, 13:25-52.<br><br>Alternatively, the structure is an arithmetic decoder operable to perform the claimed function, as described in the specification in connection with step 202 and equivalents thereof, step 202 being described in the specification, for example at the following figures and passages: '859 Patent at FIG. 13 and 13:25-52 and FIGS. 10, 11 and 10:1-14, 11:12-34.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 1:23-58, 2:17-18, 4:33-5:7, 6:34-30, 10:1-13, 10:64-11:52, 13:32-35, 13:53-61; FIG. 4, 11, 13; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context | Subject to § 112, ¶ 6.<br><br>Function: decoding a probability model identifier for the current symbol from the stream, at switching points distributed in the stream<br><br>Structure: indefinite for lack of sufficient corresponding structure.<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 patent at 1:23-2:11, 2:29-34, 9:46-54, 4:27-28, 4:56-60, 5:8-46, 10:1-17, 10:64-11:34, 11:55-64, 13:25-14:2, and associated Figures including 1, 2, 9-11 and 13.<br><br>**Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |

| | | surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | |
|---|---|---|---|
| means for selecting using said probability model identifier a probability model in a set comprising a current probability model defined from symbols coded previous to the current symbol and a subset of probability models wherein subset comprises at least one probability model defined by default | '859 (15) | **Proposed construction**: Subject to § 112, ¶ 6.<br><br>Function: selecting . . . a probability model<br><br>Structure: an arithmetic decoder and equivalents thereof. *See* '859 Patent at FIG. 13 and 13:25-52.<br><br>Alternatively, the structure is an arithmetic decoder operable to perform the claimed function, as described in the specification in connection with step 204 and equivalents thereof, step 204 being described in the specification, for example at the following figures and passages: '859 Patent at FIG. 13 and 13:25-52 and FIGS. 10, 11 and 5:36-43, 10:1-17, 11:12-36.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 2:17-18, 5:35-43, 6:34-40, 8:4-7, 10:1-19; 11:12-36, 13:25-52, FIGs.10, 11; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert | Subject to § 112, ¶ 6<br><br>Function: using the probability model identifier to select a probability model in a set comprising a current probability model defined from symbols coded previous to the current symbol and a subset of probability models wherein said subset comprises at least one probability model defined by default<br><br>Structure: indefinite for lack of sufficient corresponding structure<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 Patent at 1:23-2:11, 2:29-34, 4:27-28, 4:56-60, 5:8-46, 9:46-54, 4:56-60, 10:1-17, 10:64-11:36, 11:55-64, 13:25-14:2, and associated Figures including 1, 2, 9-11 and 13.<br><br>**Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, |

| | | | |
|---|---|---|---|
| | | testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |
| means for adding in said subset said current probability model, the selected probability model becoming the current probability model | '859 (15) | **Proposed construction**: Subject to § 112, ¶ 6.<br><br>Function: adding in said subset said current probability model<br><br>Structure: an arithmetic decoder and equivalents thereof. *See* '859 at FIG. 13 and 13:25-52.<br><br>Alternatively, the structure is an arithmetic decoder operable to perform the claimed function, as described in the specification in connection with step 205 and equivalents thereof, step 205 being described in the specification, for example at the following figures and passages: '859 Patent at FIG. 13 and 13:25-52 and FIGS. 8, 10, 11 and 11:37-43 (describing 205 and additionally that step 205 can be identical to step 105), FIG. 7 and 8:8-37 (describing step 105). | Subject to § 112, ¶ 6<br><br>Function: adding the current probability model into the subset of probability models<br><br>Structure: indefinite for lack of sufficient corresponding structure.<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 Patent at 1:23-2:11, 2:29-34, 4:27-28, 4:56-60, 5:8-46, 8:8-37, 9:46-54, 10:1-17, 10:64-11:43, 11:55-64, 13:25-14:2, and associated Figures including 1, 2, 9-11 and 13.<br><br>**Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the |

| | | **Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 2:17-18, 4:21-54, 8:8-46, 11:7-54; 13:25-54; FIG. 11; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |
|---|---|---|---|
| means for decoding said current symbol with said current probability model | '859 (15) | **Proposed construction**: Subject to § 112, ¶ 6.<br><br>Function: decoding said current symbol<br><br>Structure: an arithmetic decoder and equivalents thereof. *See* '859 Patent at FIG. 13 and 13:25-52.<br><br>Alternatively, the structure is an arithmetic decoder operable to perform the claimed function, as described in the specification in connection with step 206 and equivalents thereof, step 206 being described in the specification, for example at the following | Subject to § 112, ¶ 6<br><br>Function: decoding the current symbol with the current probability model<br><br>Structure: indefinite for lack of sufficient corresponding structure.<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 patent at 1:23-2:11, 2:29-34, 4:27-28, 4:56-60, 5:8-46, 8:8-37, 9:46-54, 10:1-9, 10:64-11:64,13:25-14:2, and associated Figures including 1, 2, 7-11, and 13. |

| | | figures and passages: '859 Patent at FIG. 13 and 13:25-52 and FIGS. 10, 11 and 10:18-19, 11:55-57.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 1:23-54, 2:17-18, 4:21-24, 4:33-54, 9:53-54, 10:18-19, 11:55-57, 13:25-52, FIG. 11, 13; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | **Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |

| | | | |
|---|---|---|---|
| means for updating said current probability model according to the decoding of said current symbol | '859 (15) | **Proposed construction**: Subject to § 112, ¶ 6<br><br>Function: updating said current probability model<br><br>Structure: an arithmetic decoder and equivalents thereof. *See* '859 Patent at FIG. 13 and 13:25-52.<br><br>Alternatively, the structure is an arithmetic decoder operable to perform the claimed function, as described in the specification in connection with step 208 and equivalents thereof, step 208 being described in the specification, for example at the following figures and passages: '859 Patent at FIG. 13 and 13:25-52 and FIGS. 10, 11, 4:33-54, 10:20-22, 11:57-61.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '859 Patent at 1:34-54, 2:17-18, 4:33-54, 5:45-46; 6:45-46; 8:56-57, 10:22-23, 11:57-59, 13:32-35, FIG. 10, 11; '859 Patent file history (IDG1373_0000211-221)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context | Subject to § 112, ¶ 6<br><br>Function: updating the current probability model according to the decoding of the current symbol<br><br>Structure: an algorithm wherein an occurrence number for the current symbol is increased by 1<br><br>**Intrinsic evidence supporting Lenovo's construction:** '859 Patent at 1:23-2:11, 2:29-34, 4:27-60, 5:8-46, 8:8-37, 9:46-54, 10:1-22, 10:64-11:64, 13:25-14:2, and associated Figures including 1, 2, 7-11, and 13.<br><br>**Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |

| Term | Patent | InterDigital's Construction | Lenovo's Construction |
|---|---|---|---|
| | | surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | |
| sparse denoising filter | '556 (1, 5) | **Proposed construction**: Plain and ordinary meaning.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '556 Patent cls. 4, 8; 1:12-17, 1:58-63, 2:4-62, 5:7-12,14:18-24, 9:23-28, 9:44-48, 10:8-23, 10:62-11:1, 11:16-19, 11:56-67, 13:21-65, 16:43-47, 17:11-18, 17:30-36; '556 Patent file history (IDG1373_00010395)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix B. | The portion of this claim term following "comprising" is not part of the preamble and therefore is limiting. Regardless, the entire term is limiting. The preamble is limiting.<br><br>To the extent construction is necessary, <u>stream</u>: "stream of data"<br><br><u>current symbol</u>: "a symbol that is currently being decoded"<br><br><u>switching point</u>: "a point in the stream at the level of which the probability model used to code the current symbol can be modified—i.e., a probability model can be selected"<br><br>**Intrinsic evidence supporting Lenovo's construction:** '556 patent at 2:8-10, 2:14-21, 13:24-25, 13:43-44, 11:17-24, and associated Figures including 1, 4, and 5. Patents and prosecution history for related patents including U.S. 9,277,243, U.S. 11,089,337, and PCT/US2007022795. |

| Term | Patent (Claims) | InterDigital's Position | Lenovo's Position |
|---|---|---|---|
| | | | **Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |
| adaptive sparse de-noising filter | '556 (1, 5) | **Proposed construction**: Plain and ordinary meaning.<br><br>**Intrinsic evidence supporting InterDigital's construction:** '556 Patent at 2:10-14, 10:57-59, 16:25-42, 16:65-17:4, 17:5-10; '556 Patent file history (IDG1373_00010395)<br><br>**Extrinsic evidence supporting InterDigital's construction**: Expert testimony of Drs. Richardson and Xiong regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein. | "sparse de-noising filter for performing a second pass to reduce noise, which is not a deringing filter, that can adjust its own parameters automatically"<br><br>Alternatively, "a filter which exploits a sparse image model using an over complete set of linear transforms and hard thresholding, which is not a deringing filter, that can adjust its own parameters automatically."<br><br>**Intrinsic evidence supporting Lenovo's construction:** '556 patent at 2:10-14, 2:4-9, 13:53-56, 11:64-66, 12:1-42, and associated Figures including 1, 4, and 5. Patents and prosecution history for related patents including U.S. 9,277,243, U.S. 11,089,337, and PCT/US2007022795. |

|  |  | *See also* Appendix B. |  |
| --- | --- | --- | --- |
|  |  |  | **Extrinsic evidence supporting Lenovo's construction:** Expert testimony of Dr. Havlicek regarding the understanding of one of skill in the art including but not limited to the level of ordinary skill in the art, understanding of the claim term at issue, background, and context surrounding the technology at issue. The experts' testimony may discuss the relevant specifications, file histories, and other extrinsic evidence disclosed herein.<br><br>*See also* Appendix C. |