# APPENDIX B

The below table contains extrinsic evidence in support of InterDigital's position as to the proper construction of the terms proposed for construction in the '859, '877, and '556 Patents.

| Description and Title of Extrinsic Evidence |
|---|
| M. Elad, "Sparse Representations Are Most Likely to Be the Sparsest Possible," *EURASIP Journal on Applied Signal Processing*, vol. 2006, article ID 96247, pgs. 1- 12. (IDG1373_0018207–18218) |
| D. Donoho and I. Johnstone, "Ideal Spatial Adaption by Wavelet Shrinkage," *Dep't. of Statistics, Stanford University*, April 1993. (IDG1373_0018219–18248) |
| R. Gribonval and M. Nielsen, "Sparse Approximations in Signal and Image Processing – Editorial," *Signal Processing*, Elsevier, 2006, special issue on Sparse Approximations in Signal and Image Processing, 86 (3), pp. 415-416 . (IDG1373_0018249–252) |
| D. Donoho, "Compressed Sensing," *IEEE Transactions on Information Theory*, vol. 52, no. 4, April 2006 . (IDG1373_0018253–18270) |
| Guleryuz, Onur G., "A Nonlinear Loop Filter for Quantization Noise Removal in Hybrid Video Compression," IEEE International Conference on Image Processing (Sept. 14, 2005). (IDG1373_0045478–45492) |
| W. B. Pennebaker & Joan L. Mitchel, JPEG: Still Image Data Compression Standard, 8th ed. (1993), Table of Contents. |
| Ian H. Witten et al., "Arithmetic Coding for Data Compression," Computing Practices, Vol. 30 (June 1987). |
| W.B. Pennebaker et al., "An overview of the basic principles of the Q-Coder adaptive binary arithmetic coder," 32 IBM J. Res. Develop. 717 (Nov. 1988). |
| A. Moffat, "Arithmetic Coding Revisted," 16 ACM Transactions on Information Sys. 256 (July 1998). |
| Richardson, I., The H.264 Advanced Video Compression Standard (2nd Ed. 2010), WILEY. (LENOVO_1373-00161250–598) |