# APPENDIX C

The below table contains extrinsic evidence in support of Lenovo's position as to the proper construction of the terms proposed for construction in the '859, '877, and '556 Patents.

| Description and Title of Extrinsic Evidence |
|---|
| U.S. Patent No. 7,932,843<br>LENOVO_EDNC_00000226 |
| U.S. Patent No. 8,351,502<br>LENOVO_EDNC_00000247 |
| U.S. Patent No. 8,416,857<br>LENOVO_EDNC_00000280 |
| U.S. Patent No. 8,718,149<br>LENOVO_EDNC_00000299 |
| U.S. Patent No. 9,008,171 B2<br>LENOVO_EDNC_00000384 |
| U.S. Patent No. 9,386,316<br>LENOVO_EDNC_00000409 |
| Excerpts from File History for European Pat. Pub. No. 7 870 824<br>LENOVO_EDNC_00000436 |
| Excerpts from File History for U.S. Pat. App. No. 17/367184<br>LENOVO_EDNC_00000914 |
| Excerpts from File History for U.S. Pat. App. No. 15/585462<br>LENOVO_EDNC_00001989 |
| Excerpts from File History for U.S. Pat. No. 9,277,243<br>LENOVO_EDNC_00002785 |
| Excerpts from File History for European Pat. Pub. No. 2 082 583<br>LENOVO_EDNC_00003311 |
| Excerpts from File History for European Pat. Pub. No. 4 224 853<br>LENOVO_EDNC_00003957 |
| Dabov, K., 2007, August. Image Denoising by Sparse 3-D Transform-Domain Collaborative Filtering. IEEE Transactions on Image Processing (Vol. 16, pp 2080-95). IEEE<br>LENOVO_EDNC_00004186 |
| Richardson, I., 2010. The H.264 Advanced Video Compression Standard (2nd Ed.), WILEY<br>LENOVO_EDNC_00004202 |

| Description and Title of Extrinsic Evidence |
|---|
| Wang, G., 2010. Image Denoising Based on Adaptive Sparse Representation. 2010 International Conference on Electronics and Information Engineering (Vol. 2, pp 520-524). IEEE<br><br>LENOVO_EDNC_00004551 |
| Ji, H., 2011. Robust Video Restoration by Joint Sparse and Low Rank Matrix Approximation. Siam J. Imaging Sciences (Vol. 4, No. 4, pp. 1122–1142). SIAM<br><br>LENOVO_EDNC_00004556 |
| Guleryuz, O., 2006, March. Nonlinear Approximation Based Image Recovery Using Adaptive Sparse Reconstructions and Iterated Denoising— Part I: Theory. IEEE Transactions on Image Processing (Vol. 15, No. 3, pp 539–54). IEEE<br><br>LENOVO_EDNC_00004578 |
| Ravishankar, Saiprasad et al., 2015. Online Sparsifying Transform Learning—Part I: Algorithms.<br>IEEE Journal of Selected Topics in Signal Processing (Vol. 9, No. 4, pp 625–36). IEEE<br><br>LENOVO_EDNC_00004594 |
| Ravishankar, Saiprasad et al., 2013. Learning Sparsifying Transforms. IEEE Transactions on Signal Processing (Vol. 61, No. 5, pp 1072–86). IEEE<br><br>LENOVO_EDNC_00004606 |
| U.S. Patent App. Pub. No. 2011/0222597 A1<br><br>LENOVO_EDNC_00004621 |
| Coifman, R.R., Translation- Invariant De-Noising (pp 1- 26)<br><br>LENOVO_EDNC_00004645 |
| Dabov, Kostadin et al., 2007. Video Denoising by Sparse 3D Transform-Domain Collaborative Filtering. 15th European Signal Processing Conference (pp 3–7).<br><br>LENOVO_EDNC_00004671 |
| Guo, H., 2016. Video Denoising Via Online Sparse and Low-Rank Matrix Decomposition. IEEE Statistical Signal Processing Workshop (SSP). IEEE<br><br>LENOVO_EDNC_00004676 |
| Xu, Jun et al., 2009. Sparsity-Based Deartifacting Filtering in Video Compression. ICIP (pp 3933–3936). IEEE<br><br>LENOVO_EDNC_00004681 |
| U.S. Patent App. Pub. No. 2003/0219073 A1<br><br>LENOVO_EDNC_00000203 |
| U.S. Patent No. 9,277,243<br><br>LENOVO_EDNC_00000185 |