IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS SAS,<br><br>      Plaintiffs,<br><br>vs.<br><br>LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC., AND MOTOROLA MOBILITY LLC,<br><br>      Defendants. | |

**ORDER ON PLAINTIFFS' CONSENT MOTION TO SEAL PORTIONS OF LENOVO'S AMENDED COUNTERCLAIMS TO THE SECOND AMENDED COMPLAINT**

This matter is before the Court on the Plaintiffs' Consent Motion to File Under Seal Portions of Lenovo's Amended Counterclaims to the Second Amended Complaint. Having considered the motion, the matters of record, and the representations of counsel, the Court finds that good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unredacted versions of Paragraph 190 of Lenovo's Amended Counterclaims to the Second Amended Complaint (Dkt. No. 71) and the entirety of Exhibit G thereto (Dkt. No. 71-7) shall remain under seal.

SO ORDERED this 20th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

1