IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., <br> INTERDIGITAL VC HOLDINGS, INC., <br> INTERDIGITAL PATENT HOLDINGS, INC., and <br> INTERDIGITAL MADISON PATENT HOLDINGS SAS, <br>     Plaintiffs, <br> v. <br><br> LENOVO GROUP LIMITED, <br> LENOVO (UNITED STATES) INC. <br> MOTOROLA MOBILITY LLC, and <br> LENOVO PC HK LIMITED, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING LENOVO (UNITED STATES) INC.'S AND MOTOROLA MOBILITY LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)**

Before the Court is the Motion for Judgment on the Pleadings filed by Lenovo (United States) Inc. and Motorola Mobility LLC Pursuant to Fed. R. Civ. P. 12(c).

After considering the Motion, the Court hereby **GRANTS** the Motion, and it is therefore **ORDERED** that U.S. Pat. Nos. 9,173,054, 8,737,933, and 10,250,877 are patent ineligible under 35 U.S.C. § 101, and, therefore, they are invalid.

Accordingly, it is further **ORDERED** that Counts I, IV, and V of the Second Amended Complaint are hereby **DISMISSED.**

This the ____ day of _____, 2024.

 

_____
United States District Judge