IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., AND INTERDIGITAL MADISON PATENT HOLDINGS SAS,<br><br>**Plaintiff,**<br><br>vs.<br><br>LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC, AND LENOVO PC HK LIMITED,<br><br>**Defendants.** | Civil Action No. 5:23-CV-004930FL |

**JOINT NOTICE**

Plaintiffs Interdigital, Inc., Interdigital VC Holdings, Inc., Interdigital Patent Holdings, Inc., and Interdigital Madison Patent Holdings SAS (collectively, "Plaintiffs" or "Interdigital") and Defendants Lenovo (United States) Inc., Motorola Mobility LLC, and Lenovo PC HK Limited (collectively, "Defendants" or "Lenovo"), by counsel, respectfully submit this Joint Notice and hereby state as follows:

1. On February 23, 2024, Defendant Lenovo PC HK Limited moved for Judgment on the Pleadings that U.S. Patent Nos. 9,173,054, 8,737,933, and 10,250,877 are directed to patent-ineligible subject matter under 35 U.S.C. § 101. ECF No. 69. Lenovo PC HK Limited noted that the other two defendants—Lenovo (United States) Inc., and Motorola Mobility LLC—would join the motion once the pleadings closed and InterDigital's motion to dismiss Count III of Lenovo's counterclaims resolved. *Id.* at 2 n.1. The pleadings closed on March 15, 2024. ECF No. 77. The Court denied InterDigital's motion to dismiss on March 25, 2024. ECF No. 81.

2. On April 15, 2024, Lenovo (United States) Inc., and Motorola Mobility LLC moved for Judgment on the Pleadings that U.S. Patent Nos. 9,173,054, 8,737,933, and 10,250,877 are directed to patent-ineligible subject matter under 35 U.S.C. § 101 on the same basis as Lenovo PC HK Limited's prior motion. ECF No. 90.

3. To avoid burdening the Court and the parties with identical briefing on this motion, the parties hereby stipulate they will rely upon their briefs and exhibits thereto associated with Lenovo PC HK Limited's motion (ECF No. 69) in lieu of refiling briefs.

Dated: April 15, 2024

*/s/ M. Scott Stevens*
M. Scott Stevens
NC State Bar No. 37828
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1025
Fax: 704-444-1935
scott.stevens@alston.com

Philip C. Ducker
CA State Bar No. 262644
Katherine G. Rubschlager
CA State Bar No. 328100
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Fax: 415-243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com
*Special Appearance Pursuant to L.R. 83.1 Forthcoming*

Ryan W. Koppelman (*Pro Hac Vice*)
California State Bar No. 290704
ryan.koppelman@alston.com
**ALSTON & BIRD**
333 South Hope Street
Los Angeles, CA 90071

Telephone: (213) 576-1100

Neal A. Larson
GA State Bar No. 599069
TX State Bar No. 24106190
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
neal.larson@alston.com
*Special Appearance Pursuant to L.R. 83.1*
*Forthcoming*

Jenny J. Wang
CA State Bar No. 328002
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
jenny.wang@alston.com
*Special Appearance Pursuant to L.R. 83.1*
*Forthcoming*

*Attorneys for Plaintiffs InterDigital, Inc. InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS*


/s/ Raymond M. Bennett
Raymond M. Bennett (NC Bar No. 36341)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2158
Facsimile: 919-755-6068
Ray.Bennett@wbd-us.com

Jacob S. Wharton (NC Bar No. 37421)
WOMBLE BOND DICKINSON (US) LLP
One West 4th St.
Winston-Salem, North Carolina 27601
Telephone: 919-747-6609
Jacob.Wharton@wbd-us.com

Adam Shartzer

3

FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, D.C. 20024
Telephone: 202-626-6380
shartzer@fr.com
*Special Appearance Pursuant to L.R. 83.1*

Jack R. Wilson IV
FISH & RICHARDSON P.C
1000 Maine Ave SW
Washington, D.C. 20024
Telephone: 202-626-6415
jwilson@fr.com
*Special Appearance Pursuant to L.R. 83.1*

*Attorneys for Lenovo (United States) Inc., Motorola Mobility LLC, and Lenovo PC HK Limited*