IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,<br>   Plaintiffs,<br>v.<br><br>LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC, and LENOVO PC HK LIMITED,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT REGARDING CLAIM CONSTRUCTION HEARING

Pursuant to Section D.6 of this Court's Case Management Order (Dkt. No. 33), Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS (collectively, "Plaintiffs" or "InterDigital") and Defendants Lenovo (United States) Inc., Motorola Mobility LLC, and Lenovo PC HK Limited (collectively, "Defendants" or "Lenovo") submit this Joint Report regarding claim construction.

The Parties propose the following potential dates for the claim construction hearing: July 25, July 30, or July 31, 2024.

The Parties propose that arguments on claim construction should proceed on a term-by-term basis with Plaintiff's counsel presenting first as to a given term, followed by responsive arguments from Defendant's counsel on that term, with short rebuttal arguments. The Parties do not request a claim construction prehearing conference and will not elicit live testimony at the

1

hearing. Both Parties intend to present a brief technology tutorial prior to arguments on claim terms.

Dated: May 23, 2024

Respectfully Submitted,

/s/ Jack R. Wilson IV
Raymond M. Bennett (NC Bar No. 36341)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2158
Facsimile: 919-755-6068
Ray.Bennett@wbd-us.com

Jacob S. Wharton (NC Bar No. 37421)
WOMBLE BOND DICKINSON (US) LLP
One West 4th St.
Winston-Salem, North Carolina 27601
Telephone: 919-747-6609
Jacob.Wharton@wbd-us.com

Adam Shartzer
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, D.C. 20024
Telephone: 202-626-6380
shartzer@fr.com
*Special Appearance Pursuant to L.R. 83.1*

Jack R. Wilson IV
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, D.C. 20024
Telephone: 202-626-6415
jwilson@fr.com
*Special Appearance Pursuant to L.R. 83.1*

/s/ M. Scott Stevens
M. Scott Stevens
NC State Bar No. 37828
Kirk T. Bradley
NC State Bar No. 26490
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1025
Fax: 704-444-1935
scott.stevens@alston.com
kirk.bradley@alston.com

Philip C. Ducker
CA State Bar No. 262644
Katherine G. Rubschlager
CA State Bar No. 328100
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Fax: 415-243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com
*Special Appearance Pursuant to L.R. 83.1 Forthcoming*

Ryan W. Koppelman
CA State Bar No. 290704
**ALSTON & BIRD LLP**

2

*Attorneys for Lenovo (United States) Inc., Motorola Mobility LLC, and Lenovo PC HK Limited*

333 S. Hope St., 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
ryan.koppelman@alston.com
*Special Appearance Pursuant to L.R. 83.1 Forthcoming*

Neal A. Larson
GA State Bar No. 599069
TX State Bar No. 24106190
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
neal.larson@alston.com
*Special Appearance Pursuant to L.R. 83.1 Forthcoming*

Jenny J. Wang
NC State Bar No. 61255
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
jenny.wang@alston.com

*Attorneys for Plaintiffs
InterDigital, Inc. InterDigital VC Holdings, Inc.,
InterDigital Patent Holdings, Inc., and
InterDigital Madison Patent Holdings SAS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document has been served on all counsel of record via the Court's CM/ECF system on May 23, 2024.

*/s/ M. Scott Stevens*
M. Scott Stevens
