IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-493-FL

| | |
|---|---|
| INTERDIGITAL, INC.; INTERDIGITAL VC HOLDINGS, INC.; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL MADISON PATENT HOLDINGS SAS,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC, and LENOVO PC HK LIMITED,<br><br>Defendants. | ORDER |

This matter is before the court upon the parties' joint report regarding claim construction hearing (DE 110) and upon plaintiffs' motion to strike (DE 119), which is not yet ripe. In accordance with the parties' proposal, claim construction hearing is set for **July 25, 2024, at 10:00 a.m.** in New Bern. Both parties shall present a brief technology tutorial prior to arguments on claim construction. Arguments on claim construction will proceed on a term-by-term basis with plaintiffs' counsel presenting first as to a given term, followed by responsive arguments from defendants' counsel on that term, with short rebuttal arguments. The court NOTICES plaintiffs' motion to strike (DE 119) for hearing at the same time.

SO ORDERED, this the 12th day of June, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge