# EXHIBIT A

# Jack R. Wilson

| | |
|---|---|
| **From:** | Scott Flanz |
| **Sent:** | Tuesday, April 2, 2024 3:30 PM |
| **To:** | Ligotti, Andy; IDG.Lenovo.ITC; Dienes, Jennifer |
| **Cc:** | [Service] Lenovo-InterDigital ITC |
| **Subject:** | RE: Inv. No. 337-TA-1373 - Submission of Additional Evidence re Claim Construction |

Counsel:

Per your request, below are citations to the testimony and documents that we intend to provide to the ALJ.
1. Bordes Dep. Tr. (Rough) at 190:16–193:19
2. Yin Dep. Tr. (Rough) at 46:08–19, 49:12–24, 54:20–55:03, 60:25–62:19, 69:05–13, 71:05–72:05, 74:18–23, 80:03–16, 86:02–14, 87:18–21, 89:22–90:06, 91:12–92:10, 140:23–141:05, Exs. 3–5; Yin et al., *A Direction-Adaptive In-Loop Deartifacting Filter for Video Coding*, 2008 15th IEEE International Conference on Image Processing (2008).

We intend to submit this tomorrow.

Sincerely,
Scott Flanz

**Scott M. Flanz**
Principal
**Fish & Richardson P.C.**
Times Square Tower | New York | NY | 10036
T: 212.641.2305 | F: 212.258.2291
scott.flanz@fr.com

---

**From:** Ligotti, Andy <Andy.Ligotti@alston.com>
**Sent:** Wednesday, March 27, 2024 12:05 PM
**To:** Scott Flanz <flanz@fr.com>; IDG.Lenovo.ITC <IDG.Lenovo.ITC@alston.com>; Dienes, Jennifer <Jennifer.Dienes@usitc.gov>
**Cc:** [Service] Lenovo-InterDigital ITC <ServiceLenovo-InterDigitalITC@fr.com>
**Subject:** RE: Inv. No. 337-TA-1373 - Submission of Additional Evidence re Claim Construction

[This email originated outside of F&R.]

Scott,

During the March 25 DCM you did not identify testimony from Philippe Bordes as part of the filing Respondents were considering. So that we can consider your new proposal, please identify the "relevant portions of depositions" that you intend to submit. Similarly with respect to Dr. Yin's testimony, as we indicated on the DCM, please identify the portions of the transcript and the articles that you intend to submit so that we can consider your proposed filing to the ALJ.

Thank you,

Andy

**From:** Scott Flanz <flanz@fr.com>
**Sent:** Tuesday, March 26, 2024 7:29 PM
**To:** IDG.Lenovo.ITC <IDG.Lenovo.ITC@alston.com>; Dienes, Jennifer <Jennifer.Dienes@usitc.gov>
**Cc:** [Service] Lenovo-InterDigital ITC <ServiceLenovo-InterDigitalITC@fr.com>
**Subject:** Inv. No. 337-TA-1373 - Submission of Additional Evidence re Claim Construction

**EXTERNAL SENDER – Proceed with caution**

Counsel:

Further to our discussion yesterday on the DCM, Respondents intend to submit a short filing to the ALJ, identifying additional factual evidence adduced during discovery that is relevant to the claim construction of (i) the means-plus-function terms of the '859 patent and (ii) the sparse denoising filter term for the '556 patent. With respect to the former, Phillippe Bordes testified that there are thousands of ways to perform decoding, contradicting InterDigital's position that the claim terms denote a particular, known structure. With respect to the latter, Peng Yin testified that she wrote articles on the subject of sparse denoising filters, and that those articles describe sparse denoising filters as performing three steps: transform, threshold, and inverse transform—supporting Respondents construction. The supplement will identify these relevant portions of deposition for the ALJ and also identify the articles about which Ms. Yin testified.

Respondents understand that InterDigital opposes this submission. Please confirm InterDigital's opposition by COB tomorrow.

Sincerely,

Scott Flanz

**Scott M. Flanz**
Principal
**Fish & Richardson P.C.**
Times Square Tower | New York | NY | 10036
T: 212.641.2305 | F: 212.258.2291
scott.flanz@fr.com

```
****************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
****************************************************************************************
************************
```

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.