# EXHIBIT C

# Jack R. Wilson

| | |
|---|---|
| **From:** | Production <Production@gregoryedwards.com> |
| **Sent:** | Friday, March 29, 2024 1:14 PM |
| **To:** | [Service] Lenovo-InterDigital ITC; Brian Boyd; April Park; Ashley Cox |
| **Subject:** | REDESIGNATION: Final Transcript for the Deposition of Philippe Bordes - 03/14/24 |
| **Attachments:** | Bordes , Philippe PDF Full - Vol. 1.pdf; Bordes , Philippe PDF Mini - Vol. 1.pdf; CR Signature Page.pdf; Word Index.pdf; Bordes , Philippe  - Vol. 1.ptx; Bordes , Philippe  - Vol. 1.txt |
| **Importance:** | High |

[This email originated outside of F&R.]

****Please disregard the previous email and delete all copies of previous received attachments****

Per counsels request, the final transcript has been re-designated as "CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO THE PROTECTIVE ORDER". The final transcript has been revised accordingly and is attached to this email. Please be advised that NO OTHER CHANGES have been made and the page & line numbers remain the same. So this will not affect any citations or other page references.

CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO THE PROTECTIVE ORDER

REDESIGNATION: Final Transcript for the Deposition of Philippe Bordes - 03/14/24

Attached please find the REDESIGNATION final transcript for the deposition of Philippe Bordes taken on March 14, 2024 in the matter of CERTAIN ELECTRONIC DEVICES, INCLUDING SMARTPHONES, COMPUTERS, TABLET COMPUTERS, AND COMPONENTS THEREOF - 337-TA-1373 in .pdf, e-transcript, and .txt file formats. Attached you will also find the signed court reporter signature page in .pdf format.

Should you have any questions or concerns, please do not hesitate to contact our office.
Thank you for your support and have a great day!



**PRODUCTION DEPARTMENT**

☎ 202.347.9300 OFFICE | 866.483.2643
✉ PRODUCTION@GREGORYEDWARDS.COM
🌐 https://GregoryEdwards.com

*Since 2001: Worldwide Court Reporting | Global Reach Without Compromise*

Palo Alto/San Francisco, CA ~ Suburban Maryland ~ New York City ~ Richmond, VA ~ Hong Kong
Los Angeles, CA ~ Houston, TX ~ London ~ Washington, DC (home to the GEWW USITC Conference Center)

CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

1