IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00493-FL

INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,
    Plaintiffs,
v.

LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC, and LENOVO PC HK LIMITED,
    Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS D, F, AND I TO THE DECLARATION OF JACK WILSON (DKT. NO. 108)

This matter is before the Court on Plaintiffs' Motion to Seal Exhibits D, F, and I to the Declaration of Jack Wilson (Dkt. No. 108).

After considering the Motion, and for good cause shown, the Court hereby **GRANTS** the Motion. It is therefore **ORDERED** that the unredacted versions of Exhibit D (Dkt. No. 108-4), Exhibit F (Dkt. No. 108-6), and Exhibit I (Dkt. No. 108-9) to the Declaration of Jack Wilson shall remain under seal.

SO ORDERED this 8th day of October, 2024.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge

1