# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## CASE NO. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>LENOVO (UNITED STATES) INC., LENOVO PC HK LTD., and MOTOROLA MOBILITY LLC,<br><br>    Defendants. | |

## ORDER GRANTING INTERDIGITAL'S MOTION TO FILE UNDER SEAL

Before the Court is Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS's (collectively, "InterDigital" or "Plaintiffs") Motion to File Under Seal portions of InterDigital's Memorandum in Support of Its Motion for Partial Summary Judgement, Statement of Undisputed Material Facts, and Exhibits 2, 4, 6, and 7 thereto.

After considering the Motion, the Court hereby GRANTS the Motion, and it is therefore ORDERED that the unredacted version of InterDigital's Motion for Partial Summary Judgement, Statement of Undisputed Material Facts, and Exhibits 2, 4, 6, and 7 thereto shall remain under seal.

This 8th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge