IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:23-CV-00493-FL

INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL MADISON PATENT HOLDINGS SAS,

    Plaintiffs,

    v.

LENOVO (UNITED STATES) INC., LENOVO PC HK LTD., and MOTOROLA MOBILITY LLC,

    Defendants.

## ORDER GRANTING INTERDIGITAL'S UNOPPOSED MOTION TO MAINTAIN HEARING TRANSCRIPT UNDER SEAL

Before the Court is Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS's (collectively, "InterDigital" or "Plaintiffs") Motion to Maintain Hearing Transcript Under Seal. The Motion seeks to maintain the hearing transcript associated with the June 27, 2024 hearing before this Court (the "Transcript) under seal and is unopposed.

After considering the Motion, the Court hereby **GRANTS** the Motion, and it is therefore **ORDERED** that the unredacted version of June 27, 2024 Hearing Transcript shall remain under seal, and the redacted transcript attached to InterDigital's memorandum in support of its motion to maintain under seal will be substituted in its place.

This 8th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge