IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00493-FL

| | |
|---|---|
| INTERDIGITAL INC., | ) |
| INTERDIGITAL VC HOLDINGS, INC., | ) |
| INTERDIGITAL PATENT HOLDINGS, INC., and | ) |
| INTERDIGITAL MADISON PATENT HOLDINGS SAS, | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| LENOVO PC HK LIMITED, | ) |
| LENOVO (UNITED STATES) INC., and | ) |
| MOTOROLA MOBILITY LLC, | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

Before the Court is Defendants Lenovo PC HK Limited, Lenovo (United States) Inc., and Motorola Mobility LLC's Motion to File Under Seal.

After considering the Motion, the Court hereby **GRANTS** the Motion, and it is therefore **ORDERED** that the unredacted version of Lenovo's Opposition to Plaintiffs' Motion for Partial Summary Judgment, Statement of Opposition to Plaintiffs' Statement of Undisputed Material Facts, and Exhibits B-H, O-Q to the response shall remain under seal.

This the 8th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge