**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

**CASE NO. 5:23-CV-00493-FL**

INTERDIGITAL INC., INTERDIGITAL
VC HOLDINGS, INC., INTERDIGITAL
PATENT HOLDINGS, INC., and
INTERDIGITAL MADISON PATENT
HOLDINGS SAS,

     Plaintiffs,

     v.

LENOVO (UNITED STATES) INC.,
LENOVO PC HK LTD., and MOTOROLA
MOBILITY LLC,

     Defendants.

**ORDER GRANTING INTERDIGITAL'S MOTION TO FILE UNDER SEAL**

Before the Court is Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS's (collectively, "InterDigital" or "Plaintiffs") Motion to File Under Seal portions of InterDigital's (1) Reply in Support of Its Motion for Partial Summary Judgment and (2) Reply Statement of Undisputed Material Facts. After considering the Motion, the Court hereby GRANTS the Motion, and it is therefore ORDERED that the unredacted versions of InterDigital's (1) Reply in Support of Its Motion for Partial Summary Judgment and (2) Reply Statement of Undisputed Material Facts shall remain under seal.

This 8th day of October, 2024.

_Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge